# EXHIBIT A



February 14, 2025

The Honorable Jane Nelson
Texas Secretary of State
jnelson@sos.texas.gov

Dear Secretary Nelson,

    At the 2024 Republican Party of Texas ("RPT") biennial state convention, the delegates adopted the current Rules of the Republican Party of Texas ("RPT Rules" and singularly "RPT Rule") filed with your office and available on the RPT website: https://texasgop.org/official-documents/.

    RPT Rule No. 46 ensures that Texas Republicans nominate all RPT nominees by limiting participation in Texas Republican Primary Elections to Republican voters. Specifically, RPT Rule No. 46 states:

> **Rule No. 46 – Closed Primaries**
> In Primary Elections and Primary Runoff Elections conducted by the Republican Party of Texas, only United States Citizens eligible to vote in Texas who qualify to vote as Republicans in accordance with this rule may cast ballots in those elections. A United States citizen eligible to vote in Texas qualifies to cast a vote in a Republican Primary Election or Primary Runoff Election only if that individual has not affiliated with another party (by voting in that party's primary or by taking an oath of affiliation) in the current year, and meets one of the following:
>
>     a. The individual voted in the Republican Primary Election or the Republican Primary Runoff Election in the previous biennium as shown in the records maintained by the Republican Party of Texas; or
>     b. The individual is registered as a Republican with the Republican Party of Texas; or

    c. The individual completes and submits a written certificate of affiliation with the Republican Party of Texas no later than the first day on which a candidate may file for a place on the General Primary Election ballot for the General Primary Election; or

    d. The individual is voting in his or her first primary election and is under the age of 21.

The written certification of affiliation form will be created and approved by the State Republican Executive Committee. It will be made available for download on the Republican Party of Texas website and provided in printed form by the Republican Party of Texas to any voter who requests it. All certifications of affiliation must be signed in wet ink by the individual and physically returned to the Republican Party of Texas. No other qualifications to vote in a Republican primary election are required or permitted. This rule supersedes any other rule or law of the State of Texas.

RPT Rule No. 46 passed with overwhelming support at the 2024 RPT biennial state convention in the wake of significant crossover voting in the 2024 Republican primary election. In the 2024 Texas Republican Primary Election, 1,617,484 (72.74%) of voters supported a proposition limiting Texas Republican Primary Elections to Republican voters.

Please confirm that you intend to follow the procedure for the 2026 Texas Republican Primary in accordance with RPT Rule No. 46 and provide specific information on what steps you are taking to comply with RPT Rule No. 46. As time is of the essence in preparing for next year's primary election, I look forward to hearing back from you by February 21, 2025.

    Sincerely,

    *Abraham George*

    Abraham George
    Chairman, Republican Party of Texas