# EXHIBIT B

# The State of Texas



| | | |
|---|---|---|
| Executive Division | | Phone: 512-463-5770 |
| Capitol Building, 1E.8 | | Fax: 512-475-2761 |
| P.O. Box 12697 | | Dial 7-1-1 For Relay Services |
| Austin, Texas 78711-2697 | | www.sos.texas.gov |

**Jane Nelson**
Secretary of State

February 21, 2025

Abraham George
Chairman
Republican Party of Texas

Dear Chairman George,

I received your letter requesting information about the actions my office is taking to prepare for the potential of changes to voting procedures for the 2026 primary elections.

Multiple pieces of legislation have been filed that could impact the manner by which Texans select their nominees for public office. For example, HB 951 and HB 934 both address the issue of closing primary elections, with HB 934 codifying the Republican Party rule you identified in your letter. My office is carefully monitoring these bills and will be providing the Legislature with information about how our agency would be impacted and what steps the Secretary of State's Office would need to take in preparation for the 2026 primary elections.

My office will be better prepared to answer your questions after learning about the laws passed by the 89th Legislature. As we await guidance from the Legislature, my office will continue to work closely with all parties as we prepare for the 2026 Primary.

Sincerely,

*Jane Nelson*

Jane Nelson
Secretary of State