IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHIP HUNT; REPUBLICAN PARTY OF TEXAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS; JANE NELSON, in her official capacity as Texas Secretary of State,<br><br>*Defendants*. | Case No. 2:25-cv-200 |

**DEFENDANTS' UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendants Jane Nelson and the State of Texas hereby respectfully request that the Court extend the deadline for the Defendants to move, answer, or otherwise respond to the Complaint to October 30, 2025. This is the Defendants first request for an extension. The Defendants have conferred with counsel for Plaintiffs, who consent to this motion.

As grounds for this motion, the Defendants state as follows:

1. Plaintiffs filed their Complaint on September 4, 2025. Plaintiffs served Defendants Nelson and the State of Texas on September 9, 2025. As a result, the Defendants' response to the Complaint is due on September 30, 2025.

2. On September 17 and 22, 2025, counsel for the Plaintiffs and counsel for the Defendants met and conferred pursuant to Local Rule 7.1(h) concerning the Defendants' request for an extension of time to respond. The parties agreed that the deadline for the Defendants to answer or move to dismiss shall be extended up to and including October 30, 2025.

1

3. Good cause exists to extend the deadline to answer or otherwise respond so that Defendants can thoroughly review the complaint, confer with the relevant state officials, and draft responsive motions or pleadings. *See* Fed. R. Civ. P. 6(b)(1)(A). No previous extensions have been requested or granted, and no party will be prejudiced by the requested extension.

Respectfully submitted,

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General | /s/ *Thomas C. Riney* |
| | **UNDERWOOD LAW FIRM, P.C.** |
| **BRENT WEBSTER**<br>First Assistant Attorney General | Thomas C. Riney<br>State Bar No. 16935100 |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | C. Jason Fenton<br>State Bar No. 24087505<br>P.O. Box 9158 (79105-9158) |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | 500 S. Taylor, Suite 1200<br>Amarillo, TX  79101<br>Telephone: (806) 376-5613 |
| /s/ *Ryan G. Kercher* | Facsimile: (806) 379-0316<br>tom.riney@uwlaw.com |
| **RYAN G. KERCHER**<br>Chief, Special Litigation | jason.fenton@uwlaw.com |
| **OFFICE OF THE ATTORNEY GENERAL OF TEXAS** | **CLEMENT & MURPHY, PLLC** |
| Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 788-3771<br>ryan.kercher@oag.texas.gov | Erin E. Murphy (*pro hac vice pending*)<br>James Y. Xi (*pro hac vice pending*)<br>Philip Hammersley (*pro hac vice pending*)<br>706 Duke Street<br>Alexandria, Virginia 22314<br>Tel: (202) 742-8912<br>Fax: (703) 997-6207 |
| **COUNSEL FOR STATE OF TEXAS** | erin.murphy@clementmurphy.com<br>james.xi@clementmurphy.com<br>philip.hammersley@clementmurphy.com |
| | *Counsel for Defendant Nelson* |

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 17 and 22, 2025, we conferred with counsel for Plaintiffs Chip Hunt and Republican Party of Texas concerning this motion, who stated that they are unopposed to the relief requested in this motion.

/s/ *Ryan G. Kercher*  
**RYAN G. KERCHER**

/s/ James Y. Xi  
James Y. Xi (*pro hac vice pending*)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record on September 25, 2025, via the Court's CM/ECF system.

/s/ *Thomas C. Riney*  
Thomas C. Riney