IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHIP HUNT, *et al.*,

    Plaintiffs,

v.

THE STATE OF TEXAS, *et al.*,

    Defendants.

2:25-CV-200-Z

## ORDER

Before the Court is Philip Hammersley's Application for Admission *Pro Hac Vice*, filed September 24, 2025 (ECF No. 19) ("Application"). Philip Hammersley ("Applicant") is a member in good standing of the bar of the highest court in the District of Columbia. Applicant has obtained local counsel under Local Rule 83.10 and represents that he has read—and will comply with—both *Dondi Props. Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. Accordingly, the Application is **GRANTED**.

**SO ORDERED.**

September 29, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE