# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| CHIP HUNT AND REPUBLICAN PARTY OF TEXAS, <br><br> *Plaintiffs,* <br><br> V. <br><br> STATE OF TEXAS AND JANE NELSON, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, <br><br> *Defendants.* | CASE NO. 2:25-cv-00200-Z |

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Now come Plaintiffs Chip Hunt and the Republican Party of Texas and Defendant the State of Texas and file this their Motion for Entry of Consent Judgment and in support thereof would show the court the following:

### JURISDICTION

Plaintiffs and the State of Texas agree the Court has jurisdiction over this action under 28 U.S.C. § 1331 and § 1343.

### BACKGROUND

Plaintiffs filed suit against Defendants the State of Texas and the Secretary of State on September 4, 2025. In the Complaint, Plaintiffs allege that Texas's current legal structure for the primary election violates their First Amendment right of association. Specifically, Plaintiffs complain of the provision in Texas Election Code chapter 162.003 allowing any registered voters no matter their actual political beliefs to affiliate with the Republican Party of Texas simply by voting in the primary election violates their right to affiliate only with like-minded persons.

Plaintiffs requested that this court enter a declaratory judgment that their First Amendment freedom of association is incompatible with the legal structure of Texas' primary elections.

Plaintiffs and Defendant the State of Texas agree that participation in the Republican primary should be limited to persons who have previously taken steps to affiliate with the Republican Party, as reflected by the Republican Party of Texas's rules as set forth in the complaint.

## CONCLUSION

Therefore, Plaintiffs and Defendant the State of Texas request that the Court enter a final judgment declaring that: (1) the current open primary system is in violation of Plaintiffs' First Amendment rights; (2) that the Republican Party of Texas is entitled to identify those who associate with the Party and to exclude those who do not associate with the Party from participating in a primary election selecting the Party's nominees for the general election ballot; and (3) that Texas Election Code sections 162.002, .003, 172.001, and .002 are unconstitutional to the extent that they interfere with the rights of the Republican Party of Texas and Chip Hunt.

The parties request that the court enter the Consent Judgment attached to this Motion as Exhibit A.

The parties agree that each party will bear their own costs and fees.

The parties request such other and further relief to which they may show themselves to be justly entitled.

Respectfully submitted October 9, 2025.

**AGREED AS TO SUBSTANCE AND FORM BY:**

**COUNSEL FOR PLAINTIFFS, CHIP HUNT AND REPUBLICAN PARTY OF TEXAS:**

/s/ William T. Thompson
William T. Thompson
Texas State Bar No. 24088531
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
T: (512) 693-8350
F: (512) 727-4755
will@lkcfirm.com

Mark M. Rothrock*
LEHOTSKY KELLER COHN LLP
8513 Caldbeck Drive
Raleigh, NC 27615
*Admitted pro hac vice

C. Eric Vickers
Texas State Bar No. 24118577
VICKERS LAW FIRM
600 S. Tyler St. Suite 2100
Amarillo, TX 79101
T: (806) 414-0966
F: (806) 414-0966

**COUNSEL FOR DEFENDANT, THE STATE OF TEXAS:**

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation

/s/ Keith Ingram
BRIAN KEITH INGRAM
Special Counsel
Texas State Bar No. 00787746

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 788-3771
keith.ingram@oag.texas.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 9, 2025, I conferred with James Xi, counsel for Defendant, Jane Nelson, in her official capacity as Texas Secretary of State, via telephone regarding this Motion. Counsel was unable to say whether his client was opposed prior to filing, but in all likelihood she will be opposed.

/s/ Keith Ingram
BRIAN KEITH INGRAM

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 9, 2025 and that all counsel of record were served by CM/ECF.

*/s/ Keith Ingram*
BRIAN KEITH INGRAM
