**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

|  |  |
|---|---|
| CHIP HUNT; REPUBLICAN PARTY OF TEXAS, | |
| *Plaintiffs*, | |
| v. | Case No. 2:25-cv-200 |
| STATE OF TEXAS; JANE NELSON, in her official capacity as Texas Secretary of State, | |
| *Defendants*. | |

**DEFENDANT JANE NELSON'S NOTICE OF OPPOSITION TO
THE JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

Earlier this afternoon, Plaintiffs Chip Hunt and the Republican Party of Texas jointly moved with Defendant the State of Texas for entry of consent judgment. Dkt. 27. Even though Local Rule 7.1(b) required counsel for the Plaintiffs and the State of Texas to confer in good faith with counsel for Defendant Jane Nelson before filing the motion, the Texas Attorney General's Office gave counsel for Secretary Nelson less than an hour to provide her position. Secretary Nelson now files this notice out of an abundance of caution to inform the Court that she opposes the motion and intends to file an opposition pursuant to the briefing deadlines set forth by Local Rule 7.1(e).

Respectfully submitted,

/s/ *James Y. Xi*

**CLEMENT & MURPHY, PLLC**

Erin E. Murphy*
James Y. Xi*

1

Philip Hammersley*
706 Duke Street
Alexandria, Virginia 22314
Tel: (202) 742-8912
Fax: (703) 997-6207
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
philip.hammersley@clementmurphy.com

*admitted pro hac vice*

**UNDERWOOD LAW FIRM, P.C.**

Thomas C. Riney
State Bar No. 16935100
C. Jason Fenton
State Bar No. 24087505
P.O. Box 9158 (79105-9158)
500 S. Taylor, Suite 1200
Amarillo, TX  79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
tom.riney@uwlaw.com
jason.fenton@uwlaw.com

*Counsel for Defendant Nelson*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record on October 9, 2025, via the Court's CM/ECF system.

/s/ *James Y. Xi*
James Y. Xi