IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHIP HUNT; REPUBLICAN PARTY OF TEXAS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS; JANE NELSON, in her official capacity as Texas Secretary of State,<br><br>    *Defendants*. | Case No. 2:25-cv-200 |

**[PROPOSED] ORDER GRANTING THE MOTION TO DISMISS**

The Court, having considered Defendant Secretary of State Jane Nelson's Motion to Dismiss, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

Signed this _____ day of _____, 2025.

_____
Matthew J. Kacsmaryk
United States District Judge