IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHIP HUNT AND REPUBLICAN PARTY OF TEXAS,<br>*PLAINTIFFS,*<br>V.<br><br>STATE OF TEXAS AND JANE NELSON, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE,<br>*DEFENDANTS.* | CASE NO. 2:25-CV-00200-Z |

**TEXAS'S UNOPPOSED MOTION FOR EXTENSION TO REPLY TO DEFENDANT NELSON'S RESPONSE IN OPPOSITION**

The State of Texas files this Unopposed Motion for Extension to file its Reply to Defendant Nelson's Response in Opposition [ECF 31] to the Joint Motion for Entry of Consent Motion [ECF 27], and respectfully shows the following:

1. On October 30, 2025, Defendant Nelson filed a Motion to Dismiss [ECF 30]; and her Response in Opposition to Joint Motion for Entry of Consent Motion. ECF 31

2. The State of Texas's Reply in Support of Motion for Entry of Consent Motion is currently due November 13, 2025. Texas respectfully requests a seven day extension to file their reply.

3. Counsel for Defendant Nelson does not oppose this request.

Dated: November 6, 2025

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

/s/ *Ryan G. Kercher*
**RYAN G. KERCHER**
Chief, Special Litigation
Attorney-in-Charge
Texas Bar No. 24060998

/s/ *Keith Ingram*
**BRIAN KEITH INGRAM**
Special Counsel
Texas Bar No. 00793177

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 788-3771
ryan.kercher@oag.texas.gov
keith.ingram@oag.texas.gov

**COUNSEL FOR STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 5, 2025, I conferred with James Xi, counsel for Defendant Nelson, via email regarding this Motion. Defendant Nelson does not oppose the requested extension.

/s/ *Keith Ingram*
**BRIAN KEITH INGRAM**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 6, 2025 and that all counsel of record were served by CM/ECF.

/s/ *Keith Ingram*
**BRIAN KEITH INGRAM**