IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHIP HUNT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br><br>Defendants. | 2:25-CV-200-Z |

**ORDER**

Before the Court is Texas's Unopposed Motion for Extension to Reply to Defendant Nelson's Response in Opposition ("Motion"), filed November 6, 2025. ECF No. 32. Texas's reply is currently due November 13, 2025. Texas "respectfully requests a seven day extension to file their reply." *Id.* at 1. Counsel for Defendant Nelson does not oppose this request. *Id.*

The Motion is **GRANTED**. *See* FED. R. CIV. P. 6(b)(1)(A) (permitting extensions when the request is made before the original time to respond expires). Texas is therefore **ORDERED** to reply to Defendant Nelson's Response in Opposition on or before **November 20, 2025, at 11:59 p.m. CST**.

**SO ORDERED**.

November 10, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE