IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHIP HUNT, *et al.*, | |
| Plaintiffs, | |
| v. | 2:25-CV-200-Z |
| THE STATE OF TEXAS, *et al.*, | |
| Defendants. | |

# ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extensions for Plaintiffs' Response to the Motion to Dismiss and Reply for Entry of Consent Judgment ("Motion"), filed November 10, 2025. ECF No. 33. A response is currently due on November 20, 2025. *Id.* at 1. Plaintiffs request an extension until November 26, 2025, providing a "6-day extension for the response brief and a 13-day extension for the reply brief." *Id.* This request is unopposed. *Id.*

The Motion is **GRANTED**. *See* FED. R. CIV. P. 6(b)(1)(A) (permitting extensions when the request is made before the original time to respond expires). Plaintiffs are therefore **ORDERED** to respond to Defendant Nelson's Motion to Dismiss on or before **November 26, 2025, at 11:59 p.m. CST**.

**SO ORDERED**.

November 12, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE