**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

CHIP HUNT; REPUBLICAN PARTY OF TEXAS,

*Plaintiffs*,

v.

STATE OF TEXAS; JANE NELSON, in her official capacity as Texas Secretary of State,

*Defendants*.

Case No. 2:25-cv-200

**DEFENDANT SECRETARY OF STATE JANE NELSON'S UNOPPOSED MOTION TO EXTEND THE TIME TO FILE THE REPLY IN SUPPORT OF THE MOTION TO DISMISS**

Defendant Secretary of State Jane Nelson respectfully moves the Court to extend her deadline to file the reply in support of the motion to dismiss two weeks, from December 10, 2025, to December 24, 2025. This is Defendant Nelson's first request for an extension to file the reply. Defendant Nelson conferred with counsel for Plaintiffs, who consent to this motion.

1. Defendant Nelson moved to dismiss the Complaint on October 30, 2025. Dkt. 31.

2. On November 10, 2025, Plaintiffs filed an unopposed motion to extend their time to respond to the motion to dismiss from November 20, 2025, to November 26, 2025. Dkt. 33.

3. The Court granted that motion, Dkt. 36, and Plaintiffs filed their response in opposition to the motion to dismiss on November 26, 2025, Dkt. 41.

4. Good cause exists to extend the deadline to file a reply so that Defendant Nelson can thoroughly review the response, confer with the relevant state officials, and draft the reply. See Fed. R. Civ. P. 6(b)(1)(A). No previous extensions have been requested or granted, and no party will be prejudiced by the requested extension.

Respectfully submitted,

/s/ *James Y. Xi*

**CLEMENT & MURPHY, PLLC**

Erin E. Murphy (*admitted pro hac vice*)
James Y. Xi (*admitted pro hac vice*)
Philip Hammersley (*admitted pro hac vice*)
706 Duke Street
Alexandria, Virginia 22314
Tel: (202) 742-8912
Fax: (703) 997-6207
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
philip.hammersley@clementmurphy.com

**UNDERWOOD LAW FIRM, P.C.**

Thomas C. Riney
State Bar No. 16935100
C. Jason Fenton
State Bar No. 24087505
P.O. Box 9158 (79105-9158)
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
tom.riney@uwlaw.com
jason.fenton@uwlaw.com

*Counsel for Defendant Secretary of State Nelson*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 4, 2025, I conferred with counsel for Plaintiffs Chip Hunt and Republican Party of Texas concerning this motion, who stated that they are unopposed to the relief requested in this motion.

/s/ *James Y. Xi*
James Y. Xi

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record on December 5, 2025, via the Court's CM/ECF system.

/s/ *James Y. Xi*
James Y. Xi