IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHIP HUNT, *et al.*,

Plaintiffs,

v. 2:25-CV-200-Z

THE STATE OF TEXAS, *et al.*,

Defendants.

**ORDER**

Before the Court is Defendant Secretary of State Jane Nelson's Motion to Extend the Time to File the Reply in Support of the Motion to Dismiss ("Motion"), filed December 5, 2025. ECF No. 42. A reply is currently due December 10, 2025. *Id.* at 1. Defendant requests an extension until December 24, 2025. *Id.* This request is unopposed. *Id.*

The Motion is **GRANTED**. *See* FED. R. CIV. P. 6(b)(1)(A) (permitting extensions when the request is made before the original time to respond expires). Defendant is therefore **ORDERED** to reply to the pending Motion to Dismiss (ECF No. 30) **on or before December 24, 2025**.

**SO ORDERED.**

December 8, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE