IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHIP HUNT, *et al.*,

     Plaintiffs,

v.                                                                                  2:25-CV-200-Z

THE STATE OF TEXAS, *et al.*,

     Defendants.

### ORDER

Before the Court is The State of Texas's Motion to Withdraw Keith Ingram as Counsel ("Motion"), filed May 22, 2026. ECF No. 50. The State of Texas seeks to withdraw Mr. Ingram's appearance because he "has accepted a position outside the Office of the Attorney General of Texas" *Id.* The Motion is unopposed. *Id.*

"An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *In re Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). "The withdrawal of an attorney in a given case is a matter entrusted to the sound discretion of the court . . . ." *Id.* (internal marks omitted). Local Rule 83.12 instructs parties for further withdrawal compliance. In light of the relevant facts and law, the Court **GRANTS** the Motion (ECF No. 50).

**SO ORDERED.**

June **29**, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE