IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHIP HUNT, *et al.*,

    Plaintiffs,

v.                                                          2:25-CV-200-Z

THE STATE OF TEXAS, *et al.*,

    Defendants.

## BRIEFING ORDER

It has come to the Court's attention that the 2026 Republican Party of Texas State Convention (the "Convention") was held June 11-13, 2026. *See* THE TEXAS TRIBUNE, https://www.texastribune.org/2026/06/14/texas-gop-convention-houston-2026/ [https://perma.cc/B4TD-3A4L] (last visited June 29, 2026). The parties' briefing on outstanding motions in this case addresses this Court's jurisdiction considering the Republican Party's "Rule 46" was or is apparently not fully in effect, pending in part approval at the Convention. *See, e.g.,* ECF No. 30-1 at 7–14; ECF No. 41 at 6–13. Accordingly, the parties[1] are **ORDERED** to submit a joint brief, not to exceed five pages, addressing the effect of the Convention on the outstanding motions in this case (ECF Nos. 27, 30) and the arguments raised in the briefing on those motions. The joint brief shall be filed **no later than Wednesday, July 8 at 5:00 p.m. (CDT)**.

    **SO ORDERED.**

    June **30**, 2026

                                       MATTHEW J. KACSMARYK
                                       UNITED STATES DISTRICT JUDGE

---

[1] Excluding amicus parties.