IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHIP HUNT, *et al.*,

      Plaintiffs,

v.

                                     2:25-CV-200-Z

THE STATE OF TEXAS, *et al.*,

      Defendants.

## ORDER

It has come to the Court's attention that Jane Nelson is no longer the Secretary of State of Texas. *See Biography of Secretary of State Robert S. Howden*, TEX. SEC'Y OF STATE, https://www.sos.state.tx.us/about/sosbio.shtml [https://perma.cc/5QNK-MAWC] (last visited August 4, 2026). Accordingly, the Secretary of State is **ORDERED** to file a Notice comprising at least the following: (1) a short statement regarding whether the Secretary of State is still represented by Erin E. Murphy, Christopher Jason Fenton, James Xi, Philip Hammersley, and Thomas C. Riney; (2) a short statement regarding whether the Secretary of State still opposes the relief sought by ECF No. 27 (Motion for Consent Judgment); (3) a short statement regarding whether the Secretary of State still seeks the relief sought by ECF No. 30 (Motion to Dismiss); and (4) any other information relevant to the Secretary of State's position regarding the resolution of this case. Such notice shall be filed **no later than Monday, August 10, 2026 at 5:00 p.m. (CDT)**.

      **SO ORDERED.**

      August 6, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE