IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHIP HUNT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br><br>Defendants. | 2:25-CV-200-Z |

**ORDER**

Before the Court is Defendant State of Texas's Motion to Withdraw Ryan Kercher as Counsel, filed August 17, 2026. ECF No. 69. Mr. Kercher seeks to withdraw his appearance because he "is leaving his position at the Office of the Attorney General of Texas." *Id.* The Motion is unopposed. *Id.* at 2 (Certificate of Conference).

"An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *In re Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). "The withdrawal of an attorney in a given case is a matter entrusted to the sound discretion of the court . . . ." *Id.* (internal marks omitted). Local Rule 83.12 instructs parties for further withdrawal compliance.

In light of the relevant facts and law, the Court **GRANTS** the Motion (ECF No. 69). The United States District Clerk is **DIRECTED** to conform the docket.

**SO ORDERED.**

August 24, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE